IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 MAR 28 PM 2: 49

OFFICE OF THE CLERK

| | |
|---|---|
| IN RE: SEARCH WARRANTS, SEIZURE ) WARRANT AND COMPLAINT FOR ) ) | |
| THE REAL PROPERTY LOCATED AT 4512 ) BEDFORD AVENUE, APT. 2, OMAHA, NEBRASKA ) INCLUDING ALL OUTBUILDINGS, GARAGES ) AND APPURTENANCES THERETO AND ANY ) VEHICLES PARKED AT THE RESIDENCE, ) ) | 8:07MJ36 |
| THE REAL PROPERTY LOCATED AT 5209 ) CURTIS AVENUE, OMAHA, NEBRASKA ) INCLUDING ALL OUTBUILDINGS, GARAGES ) AND APPURTENANCES THERETO AND ANY ) VEHICLES PARKED AT THE RESIDENCE, ) ) | 8:07MJ37 |
| 2002 BLUE CADILLAC DEVILLE, ) FOUR DOOR SEDAN, ) VIN 1G6KD54Y12U304446, ) ) | 8:07MJ38 8:07MJ39 |
| JERRY ADAMS and ) MAURICE FAULKNER, ) | 8:07MJ40 |

**SEALED**

ORDER TO SEAL SEARCH WARRANTS, SEIZURE
WARRANT APPLICATION AND AFFIDAVIT, RETURNS
AND CRIMINAL COMPLAINT

IT IS ORDERED that the Motion to Seal Search Warrants, Seizure Warrant Application and Affidavit and Return and Criminal Complaint be approved as requested.

DATED this 28th day of March, 2007.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge